JS6

SAYRE & LEVITT, LLP
Federico Castelan Sayre, Esq., (SBN: 067420)
sayreesq@sayrelevitt.com
Adam L. Salamoff, Esq., (SBN: 193686)
asalamoff@sayrelevitt.com
333 Civic Center Drive West
Santa Ana, CA   92701
T: (714) 550-9117 / F: (714) 716-8445

Attorneys for Plaintiff, DAVID TOVAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOVAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FULLERTON, FULLERTON POLICE DEPARTMENT; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.  SACV 13-00453 DOC (ANx)<br>Assigned for all Purposes to:<br>Judge David O. Carter<br>Courtroom:<br><br>**ORDER OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE, RULE 41 (a) (1)**<br><br>Complaint Filed: 3/19/2013<br>Trial: None |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective counsel of record, having stipulated and agreed that this action be and hereby is dismissed, WITH PREJUDICE, with EACH SIDE TO BEAR ITS OWN COSTS AND FEES, IT IS SO ORDERED

Dated: ~~July____, 2014~~ August 4, 2014

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE